M. P. No. 78-117. EMIL CARSETTI *v.* WILLIAM LAURIE. The petition for writ of habeas corpus is denied as moot. *Emil Carsetti,* pro se. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for respondent.

Appeal No. 77-305. CONSTANCE PARRILLO *d/b/a v.* THE PROVIDENCE GAS COMPANY *et al.* ACCENT WIG & BEAUTY SALON INC. *et al. v.* THE PROVIDENCE GAS COMPANY. The order of the Superior Court involuntarily dismissing plaintiff's claims pursuant to Rule 50(a) of the Rules of Civil Procedure is not a final order. Therefore, defendant's motion to affirm pursuant to Rule 16(g) is granted. *Hodosh, Spinella & Angelone, Gerard McG. DeCelles, Francis A. Monti,* for plaintiffs. *Hickley, Allen, Salisbury & Parsons, Thomas D. Gidley, Paul V. Curcio,* for defendants.

Appeal No. 77-429. JUDITH E. MCADAM *v.* CHRYSLER CORPORATION AND TAVARIES, INC. Treating defendant's motion to affirm as a motion to dismiss the appeal as premature, said motion is granted. *Everett A. Petronio,* for plaintiff. *Higgins & Slattery, Robert J. Dumouchel,* for defendants.